

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-16-00269-CR

**RAYMOND WEBER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the County Court at Law**
**Walker County, Texas**
**Trial Court No. 15-0773**

_____

# O R D E R

_____

Appellant's "Motion for Oral Argument and Petition for Discretionary Review, Request Conviction Overturned, if not overturned, Request New Trial, if no changes, Request Sentence Reduction" was filed on July 10, 2017.

The motion for oral argument is denied; the petition for discretionary review is dismissed for want of jurisdiction; the request to overturn the conviction is denied; the

conditional request for new trial is denied; and the conditional request for a sentence reduction is denied.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed July 26, 2017

